# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 18-5218                      September Term, 2019

FILED ON: NOVEMBER 19, 2019

PLANNED PARENTHOOD OF WISCONSIN, INC., ET AL.,
    APPELLANTS

v.

ALEX MICHAEL AZAR, II, IN HIS OFFICIAL CAPACITY AS UNITED STATES SECRETARY OF HEALTH AND HUMAN SERVICES AND DIANE FOLEY, IN HER OFFICIAL CAPACITY AS DEPUTY ASSISTANT SECRETARY FOR THE OFFICE OF POPULATION AFFAIRS,
    APPELLEES

Consolidated with 18-5219

Appeals from the United States District Court
for the District of Columbia
(No. 1:18-cv-01035)
(No. 1:18-cv-01036)

Before: SRINIVASAN and KATSAS, *Circuit Judges*, and SENTELLE, *Senior Circuit Judge*

## **J U D G M E N T**

These causes came on to be heard on the record on appeal from the United States District Court for the District of Columbia and were argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in these causes is hereby vacated and the case is remanded with instructions to dismiss the case as moot, in accordance with the opinion of the court filed herein this date.

### **Per Curiam**

                               **FOR THE COURT:**
                               Mark J. Langer, Clerk

                 BY:      /s/

                               Ken Meadows
                               Deputy Clerk

Date: November 19, 2019

Opinion for the court filed by Circuit Judge Katsas.
Dissenting opinion filed by Circuit Judge Srinivasan.